| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| TRANSFER OF JURISDICTION | **FILED** U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS Sep 11, 2023 Tammy H. Downs, Clerk By: B. Dunlap D.C. DEP CLERK | 0860 4:17CR00293 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Eastern District of Arkansas | DIVISION |
|---|---|---|
| Tony L. Heydenreich  Dexter, Missouri 63841 | NAME OF SENTENCING JUDGE Brian S. Miller | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM November 2, 2022 | TO November 1, 2025 |

**OFFENSE**

Use of a Communication Facility to Facilitate a Drug Trafficking Crime.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN  DISTRICT OF ARKANSAS

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Eastern District of Missouri   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/20/2022  
*Date*

*/s/ Brian S. Miller*  
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern    DISTRICT OF    Missouri

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 17, 2023  
*Effective Date*

*/s/ John A. Ross*  
*United States District Judge*

**U.S. District Court**
**Eastern District of Arkansas (Central Division)**
**CRIMINAL DOCKET FOR CASE #: 4:17-cr-00293-BSM-29**

Case title: USA v. Loadholt et al
Correspondence Case: 4:17-crcor-00293

Date Filed: 10/03/2017
Date Terminated: 11/03/2022

**Special Master**
**Angela Campbell**
angela@dickeycampbell.com
TERMINATED: 01/10/2022

represented by **Angela Campbell**
Dickey & Campbell Law Firm PLC
301 East Walnut Street
Suite 1
Des Moines, IA 50309
515-288-5010
Email: angela@dickeycampbell.com
PRO SE

Assigned to: Judge Brian S. Miller

**Defendant (29)**
**Tony L Heydenreich**
TERMINATED: 11/03/2022

represented by **Charles P. Allen , Jr.**
Allen and Allen Law Firm, PLLC
Post Office Box 2602
West Helena, AR 72390
870-572-6065
Fax: 870-572-4265
Email: phillip@phillipallenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Robert Brannon Sloan , Jr.**
Attorney at Law
217 West Second Street
Suite 115
Little Rock, AR 72201
501-244-0852
Fax: 501-296-9823
Email: brannon@brannonsloanlaw.com
*TERMINATED: 06/30/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:843(b) Use of a Communication Facility in Furtherance of Drug Trafficking<br>(1sss) | 3 years probation; $2,500 fine; 120 hours of community service; and $100 special assessment fee |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine<br>(1) | dismissed |
| 21:846 Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine<br>(10s) | dismissed |
| 21:846 Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine<br>(10ss) | dismissed |

**Highest Offense Level (Terminated)**
Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Garnishee**
**Chambers Bank**

represented by **John C. Riedel**
Chambers Bancshres, Inc.
Post Office Box 1330
Danville, AR 72833
479-495-4690
Fax: 479-393-0204
Email: johnriedel@chambers-bank.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**
**USA**

represented by **Joshua A. Newton**
U. S. Attorney's Office
Eastern District of Arkansas

Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600
Email: josh.newton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Liza Jane Brown**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600
Email: liza.brown@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Cameron Charles McCree**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2624
Email: Cameron.McCree@usdoj.gov
*TERMINATED: 10/02/2018*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Kristin Huntington Bryant**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600
Email: kristin.bryant@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Lakeita F. Rox-Love**
U. S. Department of Justice - Organized Crime & Gang Section
1301 New York Avenue, NW - Suite 700
Washington, DC 20005
202-307-3345
Email: lakeita.rox-love@usdoj.gov
*TERMINATED: 01/07/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Marianne Shelvey**
U. S. Department of Justice - Organized Crime & Gang Section
1301 New York Avenue, NW - Suite 700
Washington, DC 20005
202-307-2083
Email: marianne.shelvey@usdoj.gov
*TERMINATED: 01/07/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Stephanie Gosnell Mazzanti**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600
Email: Stephanie.Mazzanti@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2017 | 1 | MOTION to Seal Indictment as to all Defendants. (cby) (Entered: 10/04/2017) |
| 10/03/2017 | 2 | ORDER granting 1 Motion to Seal Indictment as to all Defendants. Signed by Magistrate Judge Patricia S. Harris on 10/3/2017. (cby) (cby). (Entered: 10/04/2017) |
| 10/03/2017 | 3 | INDICTMENT as to all Defendants. (cby) (cby). (Entered: 10/04/2017) |
| 10/11/2017 |   | INDICTMENT UNSEALED as to all Defendants.(cby) (Entered: 10/11/2017) |
| 10/11/2017 | 4 | MOTION to Unseal Indictment as to all Defendants. (cby) (Entered: 10/11/2017) |
| 10/11/2017 | 5 | ORDER granting 4 Motion to Unseal Indictment as to all Defendants. Signed by Magistrate Judge Patricia S. Harris on 10/11/2017. (cby) (Entered: 10/11/2017) |
| 10/11/2017 | 10 | NOTICE OF ATTORNEY APPEARANCE Kristin Huntington Bryant appearing for USA. (Bryant, Kristin) (Entered: 10/11/2017) |
| 10/12/2017 | 23 | NOTICE OF ATTORNEY APPEARANCE Cameron Charles McCree appearing for USA. *For Asset Forfeiture Purposes Only* (McCree, Cameron) (Entered: 10/12/2017) |
| 10/13/2017 | 49 | CJA 23 Financial Affidavit (sealed) by Tony L Heydenreich (kbc) (Entered: 10/16/2017) |
| 10/13/2017 | 76 | Minute Entry for proceedings before Magistrate Judge Patricia S. Harris: Initial Appearance. Plea & Arraignment as to Tony L Heydenreich held on 10/13/2017. Not Guilty Plea entered by Tony L Heydenreich on Count 1. AUSA Liza Brown; CJA Brannon Sloan; ECRO Colleen DuBose. (kbc) (Entered: 10/16/2017) |
| 10/13/2017 | 77 | ORDER Setting Conditions of Release as to Tony L Heydenreich: O/R. Signed by Magistrate Judge Patricia S. Harris on 10/13/2017. (kbc) (Entered: 10/16/2017) |
| 10/13/2017 | 78 | NOTICE OF HEARING as to Tony L Heydenreich: Jury Trial set for 11/20/2017 at 9:30 AM in Little Rock Courtroom # 2D before Chief Judge Brian S. Miller. (kbc) (Entered: 10/16/2017) |
| 10/16/2017 | 38 | ORDER APPOINTING CJA ATTORNEY Robert Brannon Sloan, Jr for Tony L Heydenreich. Signed by Magistrate Judge Patricia S. Harris on 10/16/2017. (fcd) (Entered: 10/16/2017) |
| 10/17/2017 | 112 | Arrest Warrant Returned Executed on 10/11/2017 as to Tony L Heydenreich. (fjg) (Entered: 10/17/2017) |

| Date | Doc # | Description |
|---|---|---|
| 10/27/2017 | 250 | PRETRIAL DISCOVERY ORDER in case as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Jeffrey L Knox, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Henri T Keener, II, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, Joseph D Pridmore. Signed by Chief Judge Brian S. Miller on 10/27/2017. (lc) (Entered: 10/27/2017) |
| 10/31/2017 | 261 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 5/7/2018 at 9:30 AM as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Jeffrey L Knox, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Henri T Keener, II, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, Joseph D Pridmore. Signed by Chief Judge Brian S. Miller on 10/31/2017. (cby) (Entered: 10/31/2017) |
| 11/16/2017 | 283 | MOTION to Modify Conditions of Release by Tony L Heydenreich (Sloan, Robert) (Entered: 11/16/2017) |
| 11/17/2017 | 288 | MOTION to Withdraw Document 283 MOTION to Modify Conditions of Release by Tony L Heydenreich (Sloan, Robert) (Entered: 11/17/2017) |
| 12/06/2017 | 349 | MOTION to Amend Detention Order by Tony L Heydenreich (Sloan, Robert) Docket text modified on 12/7/2017 to correct description. (kbc) (Entered: 12/06/2017) |
| 12/07/2017 |  | NOTICE OF DOCKET CORRECTION re 349 Motion to Modify Conditions of Release. CORRECTION: The docket text was modified to correct the description to "Motion to Amend Detention Order", as indicated on the document. (kbc) (Entered: 12/07/2017) |
| 12/07/2017 | 350 | NOTICE REFERRING 349 MOTION to Amend Detention Order to Magistrate Judge Patricia S. Harris as to Tony L Heydenreich. Signed at the direction of the Court on 12/7/2017. (kbc) Docket text modified on 12/11/2017 to correct typographical error. (kbc) (Entered: 12/07/2017) |
| 12/07/2017 | 353 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)ORDER granting 349 Motion to Amend/Correct as to Tony L Heydenreich (29). Defendant Heydenreich has petitioned the court to request his order of conditions be amended to allow him to live with his wife in Dexter, Missouri, while continuing to receive drug counseling and testing. The United States does not object. Defendant Heydenreich's conditions are hereby amended to allow him to reside with his wife in Dexter, Missouri, and to continue drug counseling and testing as ordered. All other conditions will remain in place. Signed by Magistrate Judge Patricia S. Harris on 12/7/2017. (cfd) (Entered: 12/07/2017) |
| 04/17/2018 | 479 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 10/29/2018 at 9:30 AM as to David D Singleton et al (Defendants 2 through 44). Signed by Chief Judge Brian S. Miller on 4/17/2018. (cby) (Entered: 04/17/2018) |
| 09/12/2018 | 567 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 4/29/2019 at 9:30 AM as to all Defendants. Signed by Chief Judge Brian S. Miller on 9/12/2018. (cby) (Entered: 09/12/2018) |
| 09/27/2018 | 580 | MOTION to Withdraw as Attorney by Cameron McCree, by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore (McCree, Cameron) (Entered: 09/27/2018) |
| 10/02/2018 | 585 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.)ORDER granting 580 Motion to Withdraw as Attorney. Cameron Charles McCree withdrawn from case as to Troy R Loadholt (1), David D Singleton (2), Darlene Walker (3), Wesley S Gullett (4), Michael J Roberts (5), Shelby L Thompson (6), Corey A Ford (7), Cory S Donnelly (8), Lesa A Standridge (9), Dallas D Standridge (10), Jeffrey G Howell (11), Richard K Hampton (12), Susan Hampton (13), April M Teeter (14), Melissa D Kizer (15), Andrew R Syverson (16), Robert H Chandler (17), Brittany Ferguson (18), Shannon J Ferguson (19), Brittanie N Handley (20), April Howell (21), Tiffany L Parker (22), Heath Kizer (23), Ralph A Ross (24), Britanny S Conner (25), Kathrine R Ross (26), Jeffrey L Knox (27), Christopher S Helms (28), Tony L Heydenreich (29), Valerie J Baker (30), Thomas I Plaisance Jr (31), Paula S Enos (32), Wesley W Pierson (33), Henri T Keener II (34), Justin B Howell (35), Jayme L Short (36), Daniel Adame (37), Skippy D Sanders (38), Timothy J Ferguson (39), Kevin M Long (40), Jared R Dale (41), James Nicholas George (42), Keith C Savage (43), Joseph D Pridmore (44). Signed by Chief Judge Brian S. Miller on 10/2/18. (lp) (Entered: 10/02/2018) |
| 02/05/2019 | 612 | MOTION to Seal Superseding Indictment as to all Defendants. (cby) (Entered: 02/12/2019) |
| 02/05/2019 | 613 | ORDER granting 612 Motion to Seal Superseding Indictment as to all Defendants. Signed by Magistrate Judge Beth Deere on 2/5/2019. (cby) (Entered: 02/12/2019) |
| 02/05/2019 | 614 | SUPERSEDING INDICTMENT as to all Defendants. (cby) (Entered: 02/12/2019) |
| 02/05/2019 | 615 | TRUE BILL. (cby) (Entered: 02/12/2019) |
| 02/07/2019 | 616 | ORDER re : Numbering of Defendants. Signed by Chief Judge Brian S. Miller on 2/7/2019. (cby) (Entered: 02/12/2019) |
| 02/07/2019 | 617 | MOTION to Seal Superseding Indictment (cby) (Entered: 02/12/2019) |
| 02/07/2019 | 618 | ORDER granting 617 Motion to Seal Superseding Indictment. Signed by Chief Judge Brian S. Miller on 2/7/2019. (cby) (Entered: 02/12/2019) |
| 02/12/2019 |  | SUPERSEDING INDICTMENT UNSEALED pursuant to order. (cby) (Entered: 02/12/2019) |
| 02/14/2019 | 674 | NOTICE OF ATTORNEY APPEARANCE Marianne Shelvey appearing for USA. (Shelvey, Marianne) (Entered: 02/14/2019) |
| 02/15/2019 | 695 | NOTICE OF HEARING, with waiver of appearance instructions, as to Darlene Walker, Michael J Roberts, Corey A Ford, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, April M Teeter, Melissa D Kizer, Brittanie N Handley, Tiffany L Parker, Heath Kizer, Ralph A Ross, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Wesley W Pierson, Henri T Keener, II, James Nicholas George. Arraignment set for 2/22/2019 10:00 AM in Little Rock Courtroom # 1D before Magistrate Judge Beth Deere. (csf) (Entered: 02/15/2019) |
| 02/19/2019 | 704 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Tony L Heydenreich. (cby) (Entered: 02/19/2019) |
| 02/19/2019 | 705 | ORDER Approving 704 Waiver of Presence at Arraignment filed by Tony L Heydenreich. Signed by Magistrate Judge Beth Deere on 2/19/2019. (cby) (Entered: 02/19/2019) |
| 03/07/2019 | 842 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 10/28/2019 at 9:30 AM as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, Adam F Mitchell, Christopher Buber, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame. Signed by Chief Judge Brian S. Miller on 3/7/2019. (cby) (Entered: 03/07/2019) |
| 04/17/2019 | 948 | SEALED ORDER. Signed by Chief Judge Brian S. Miller on 4/17/2019. (cby) (Entered: 04/17/2019) |
| 07/09/2019 | 1019 | PRETRIAL DISCOVERY ORDER in case as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame. Signed by Chief Judge Brian S. Miller on 7/9/2019. (cmn) (Entered: 07/09/2019) |
| 08/06/2019 | 1027 | ORDER appointing Angela L. Campbell as the Coordinating Discovery Attorney (CDA) for court-appointed defense counsel as to all defendants. Signed by Judge Brian S. Miller on 8/6/2019. (cmn) (Entered: 08/06/2019) |
| 09/03/2019 | 1058 | SECOND SUPERSEDING INDICTMENT as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance Jr, Paula S Enos, Wesley W Pierson, Henri T Keener II, Justin B Howell, Jayme L Short, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, and Amos Adame. (fcd) (Entered: 09/05/2019) |
| 09/03/2019 | 1059 | TRUE BILL. (fcd) (Entered: 09/05/2019) |
| 09/04/2019 | 1060 | ORDER re: Numbering of Defendants in Second Superseding Indictment. Signed by Judge Brian S. Miller on 9/4/2019. (fcd) (Entered: 09/05/2019) |
| 09/06/2019 | 1087 | NOTICE OF HEARING as to Tony L Heydenreich. Plea & Arraignment set for 9/26/2019 at 10:00 AM in Little Rock Courtroom # 2C before Magistrate Judge Joe J. Volpe. (cmn) (Entered: 09/06/2019) |
| 09/11/2019 | 1135 | MOTION to Continue Jury Trial by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, |

| | | |
|---|---|---|
| | | Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Mazzanti, Stephanie) (Entered: 09/11/2019) |
| 09/12/2019 | 1142 | ORDER TO CONTINUE - Ends of Justice as to David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame. Jury Trial set for 3/23/2020 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 9/12/2019. (cmn) (Entered: 09/12/2019) |
| 09/19/2019 | 1203 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Tony L Heydenreich. (cmn) (Entered: 09/19/2019) |
| 09/19/2019 | 1204 | ORDER approving 1203 Waiver of Presence at Arraignment filed by Tony L Heydenreich. Signed by Magistrate Judge Joe J. Volpe on 9/19/2019. (cmn) (Entered: 09/19/2019) |
| 01/13/2020 | 1371 | NOTICE OF ATTORNEY APPEARANCE Lakeita F. Rox-Love appearing for USA. (Rox-Love, Lakeita) (Entered: 01/13/2020) |
| 02/14/2020 | 1410 | MOTION for Hearing *Motion for Status Hearing* by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Shelby L Thompson, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Brittany Ferguson, Shannon J Ferguson, Tiffany L Parker, Heath Kizer, Ralph A Ross, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Thomas I Plaisance, Jr, Paula S Enos, Henri T Keener, II, Jayme L Short, Timothy J Ferguson, Kevin M Long, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Mazzanti, Stephanie) (Docket text modified on 2/28/2020 to correct the relevant parties pursuant to instruction from Chambers.)(cmn) (Entered: 02/14/2020) |
| 02/28/2020 | | NOTICE OF DOCKET CORRECTION re 1410 Motion. CORRECTION: The docket text was modified to correct the relevant parties. (cmn) (Entered: 02/28/2020) |
| 03/04/2020 | 1424 | RESPONSE to Motion to Continue by Tony L Heydenreich. (Sloan, Robert) (Docket text modified on 3/4/2020 to correct the description of the document filed) (jak) (Entered: 03/04/2020) |
| 03/04/2020 | | NOTICE OF DOCKET CORRECTION re 1424 Motion to Continue by Tony L Heydenreich. CORRECTION: The docket text was modified to correct the description of the document filed as "RESPONSE to Motion to Continue by Tony L Heydenreich" as marked on the document. (jak) (Entered: 03/04/2020) |
| 03/05/2020 | 1429 | Unopposed MOTION to Continue by Tony L Heydenreich (Sloan, Robert) (Entered: 03/05/2020) |
| 03/09/2020 | 1439 | ORDER TO CONTINUE - Ends of Justice as to David D Singleton, Darlene Walker, Wesley S Gullett, Shelby L Thompson, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Thomas I Plaisance, Jr, Paula S Enos, Henri T Keener, II, Jayme L Short, Timothy J Ferguson, Kevin M Long, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame. Jury Trial set for 8/24/2020 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 3/9/2020. (cmn) (Entered: 03/09/2020) |
| 03/10/2020 | 1440 | SEALED DOCUMENT. (cmn) (Entered: 03/10/2020) |
| 04/08/2020 | 1470 | ORDER directing USA has until 5/8/2020 to hold a scheduling conference with all defense counsel to discuss objections to the 8/24/2020 trial date and to submit a status report proposing a trial date and discovery and motions deadlines as to David D Singleton, Darlene Walker, Wesley S Gullett, Shelby L Thompson, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Thomas I Plaisance, Jr, Paula S Enos, Henri T Keener, II, Jayme L Short, Timothy J Ferguson, Kevin M Long, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame. Signed by Judge Brian S. Miller on 4/8/2020. (cmn) (Entered: 04/08/2020) |
| 05/08/2020 | 1486 | STATUS REPORT by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Mazzanti, Stephanie) (Entered: 05/08/2020) |
| 05/22/2020 | 1498 | NOTICE OF HEARING as to Tony L Heydenreich: Change of Plea Hearing set for 8/7/2020 at 11:00 AM in Little Rock Courtroom # 2D before Judge Brian S. Miller. (rmg) (Entered: 05/22/2020) |
| 05/26/2020 | 1505 | ORDER TO CONTINUE - Ends of Justice as to David D Singleton, Darlene Walker, Wesley S Gullett, Shelby L Thompson, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Thomas I Plaisance, Jr, Paula S Enos, Henri T Keener, II, Jayme L Short, Timothy J Ferguson, Kevin M Long, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame. Jury Trial set for 2/22/2021 at 9:30 AM in Little Rock Courtroom # 2D. Signed by Judge Brian S. Miller on 5/26/2020. (cmn) (Additional attachment(s) added on 5/26/2020: # 1 Main Document - Correct) (cmn). (Entered: 05/26/2020) |
| 05/26/2020 | 1507 | NOTICE OF DOCKET CORRECTION re 1505 Order. CORRECTION: The original document was attached to the docket in error (wrong image file) due to a clerical mistake by the Clerk's office. The correct document was added as an attachment to 1505 docket entry and is attached hereto for review by the parties.(cmn) (Entered: 05/26/2020) |
| 08/04/2020 | 1588 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) NOTICE OF HEARING CANCELLED as to Tony L Heydenreich re 1498 Notice of Hearing with Form. Hearing to be reset by separate notice. (rmg) (Entered: 08/04/2020) |
| 08/05/2020 | 1595 | NOTICE OF HEARING as to Tony L Heydenreich: Change of Plea Hearing set for 8/12/2020 at 11:00 AM in Little Rock Courtroom # 2D before Judge Brian S. Miller. (rmg) (Entered: 08/05/2020) |
| 08/12/2020 | 1609 | CONSENT to Videoconferencing as to Tony L Heydenreich. (ljb) (Entered: 08/12/2020) |
| 08/12/2020 | 1611 | WAIVER OF INDICTMENT by Tony L Heydenreich. (cmn) (Docket entry modified on 8/13/2020 to correct date filed.)(cmn) (Entered: 08/13/2020) |
| 08/12/2020 | 1612 | SUPERSEDING INFORMATION as to Tony L Heydenreich (29). (cmn) (Entered: 08/13/2020) |
| 08/12/2020 | 1613 | Minute Entry for proceedings held before Judge Brian S. Miller: Waiver & Plea Hearing as to Tony L Heydenreich held on 8/12/2020. Guilty Plea entered by defendant. Indictment dismissed upon USA motion. Defendant to remain on bond. AUSA Liza Brown, CJA Robert Brannon Sloan, Court Reporter Kathy Maloney.(cmn) (Entered: 08/13/2020) |
| 08/12/2020 | 1614 | PLEA AGREEMENT as to Tony L Heydenreich. (cmn) (Entered: 08/13/2020) |
| 08/12/2020 | 1615 | PLEA AGREEMENT ADDENDUM (under seal) re 1614 Plea Agreement. (cmn) (Entered: 08/13/2020) |
| 08/13/2020 | | NOTICE OF DOCKET CORRECTION re 1611 Waiver of Indictment. CORRECTION: The docket entry was modified to correct the date filed as 8/12/2020 as marked on the document. (cmn) (Entered: 08/13/2020) |
| 01/04/2021 | 1866 | STATUS REPORT *Report of Issues for Status Conference* by USA as to Wesley S Gullett, Lesa A Standridge, Dallas D Standridge, Susan Hampton, Ralph A Ross, Marcus O Millsap, Christopher Buber, Carey Mooney. (Mazzanti, Stephanie) (Docket entry modified on 1/5/2021 to correct applicable parties pursuant to instruction from Chambers.)(cmn) (Entered: 01/04/2021) |
| 01/04/2021 | 1867 | MOTION to Withdraw as Attorney by Lakeita F. Rox-Love, by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Rox-Love, Lakeita) (Entered: 01/04/2021) |
| 01/04/2021 | 1868 | MOTION to Withdraw as Attorney by Marianne Shelvey, by USA as to Troy R Loadholt, David D Singleton, Darlene Walker, Wesley S Gullett, Michael J Roberts, Shelby L Thompson, Corey A Ford, Cory S Donnelly, Lesa A Standridge, Dallas D Standridge, Jeffrey G Howell, Richard K Hampton, Susan Hampton, April M Teeter, Melissa D Kizer, Andrew R Syverson, Robert H Chandler, Brittany Ferguson, Shannon J Ferguson, Brittanie N Handley, April Howell, Tiffany L Parker, Heath Kizer, Ralph A Ross, Britanny S Conner, Kathrine R Ross, Jeffrey L Knox, Christopher S Helms, Tony L Heydenreich, Valerie J Baker, Thomas I Plaisance, Jr, Paula S Enos, Wesley W Pierson, Henri T Keener, II, Justin B Howell, Jayme L Short, Daniel Adame, Skippy D Sanders, Timothy J Ferguson, Kevin M Long, Jared R Dale, James Nicholas George, Keith C Savage, Joseph D Pridmore, Marcus O Millsap, James |

| Date | Doc # | Entry |
|---|---|---|
| | | Scott Oliver, Randall Rapp, Adam F Mitchell, Christopher Buber, Russell Robinson, Bradley Chambers, Carey Mooney, Courtney Talley, Amanda Rapp, Amos Adame (Shelvey, Marianne) (Entered: 01/04/2021) |
| 01/05/2021 | | NOTICE OF DOCKET CORRECTION re 1866 Status Report. CORRECTION: The docket entry was modified to correct the applicable parties as "Wesley S Gullett, Lesa A Standridge, Dallas D Standridge, Susan Hampton, Ralph A Ross, Marcus O Millsap, Christopher Buber, Carey Mooney." (cmn) (Entered: 01/05/2021) |
| 01/07/2021 | 1881 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 1867 and 1868 Motions to Withdraw as Attorney. Lakeita F. Rox-Love and Marianne Shelvey withdrawn from case as to all defendants. Signed by Judge Brian S. Miller on 1/7/2021. (rmg) (Entered: 01/07/2021) |
| 01/25/2021 | 1920 | SEALED DOCUMENT. (cmn) (Entered: 01/25/2021) |
| 02/02/2021 | 1940 | SEALED WRIT. (fcd) (Entered: 02/02/2021) |
| 02/02/2021 | 1941 | SEALED WRIT. (fcd) (Entered: 02/02/2021) |
| 02/05/2021 | 1953 | Unopposed MOTION to Extend Time *to Submit Proposed Juror Questionnaire* by Marcus O Millsap. (Curry, Lee) (Docket text modified on 2/5/2021 to correct the party filer) (jak) (Entered: 02/05/2021) |
| 02/05/2021 | | NOTICE OF DOCKET CORRECTION [re 1953] Unopposed MOTION to Extend Time to Submit Proposed Juror Questionnaire by Marcus Millsap. CORRECTION: The docket text was modified to correct the party filer as Marcus Millsap as marked on the document. (jak) (Entered: 02/05/2021) |
| 06/29/2021 | 2107 | MOTION to Withdraw as Attorney by Robert Sloan, by Tony L Heydenreich (Sloan, Robert) (Entered: 06/29/2021) |
| 06/30/2021 | 2110 | ORDER granting 2107 MOTION to Withdraw as Attorney as to Tony L Heydenreich (29). CJA ATTORNEY Charles P. Allen, Jr. appointed to represent Tony L Heydenreich. Attorney Robert Brannon Sloan, Jr. removed as counsel for defendant. Signed by Judge Brian S. Miller on 6/30/2021. (bmd) (Entered: 06/30/2021) |
| 07/26/2021 | 2150 | SEALED DOCUMENT.(bmd) (Entered: 07/26/2021) |
| 07/26/2021 | 2151 | SEALED WRIT. (bmd) Docket entry modified on 7/27/2021 to add document number. (kbc) (Entered: 07/26/2021) |
| 07/26/2021 | 2152 | SEALED WRIT. (bmd) Docket entry modified on 7/27/2021 to add document number. (kbc) (Entered: 07/26/2021) |
| 07/27/2021 | | NOTICE OF DOCKET CORRECTION re 2151 & 2152 Sealed Writs. CORRECTION: The docket entries were modified to include document numbers. (kbc) (Entered: 07/27/2021) |
| 08/12/2021 | 2182 | SEALED DOCUMENT. (fcd) (Entered: 08/12/2021) |
| 09/02/2021 | 2225 | SEALED DOCUMENT. (fcd) (Entered: 09/02/2021) |
| 09/30/2021 | 2268 | SEALED DOCUMENT. (bmd) (Entered: 09/30/2021) |
| 09/30/2021 | 2269 | SEALED DOCUMENT.(bmd) (Entered: 09/30/2021) |
| 05/03/2022 | 2431 | SEALED DOCUMENT. (bmd) (Entered: 05/03/2022) |
| 09/12/2022 | 2554 | NOTICE OF HEARING as to Tony L Heydenreich: Sentencing set for 10/25/2022 at 10:30 a.m. in Little Rock Courtroom #2D before Judge Brian S. Miller. (ljb) (Entered: 09/12/2022) |
| 09/19/2022 | 2566 | NOTICE OF HEARING Continued as to Tony L Heydenreich: Sentencing set for 11/2/2022 at 1:00 p.m. in Little Rock Courtroom #2D before Judge Brian S. Miller. (ljb) (Entered: 09/19/2022) |
| 10/31/2022 | 2657 | SEALED MOTION. (bmd) (Entered: 10/31/2022) |
| 11/02/2022 | 2664 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller: In Camera Hearing as to Tony L Heydenreich held on 11/2/2022. (AUSA: Liza Brown; Defense: Charles P. Allen, Jr.; Court Reporter: Karen Dellinger.) (ljb) (Entered: 11/02/2022) |
| 11/02/2022 | 2665 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller: Sentencing held on 11/2/2022 for Tony L Heydenreich; defendant sentenced on Count 1 of Superseding Information to 3 years probation; $2,500 fine; 120 hours of community service; and $100 special assessment fee. (AUSA: Liza Brown; Defense: Charles P. Allen, Jr.; USPO: Taylor Smith; Court Reporter: Karen Dellinger.) (ljb) (Entered: 11/02/2022) |
| 11/03/2022 | 2677 | JUDGMENT as to Tony L Heydenreich (29). Count 1sss: 3 years probation; $2,500 fine; 120 hours of community service; and $100 special assessment fee. Signed by Judge Brian S. Miller on 11/3/2022. (fcd) (Entered: 11/04/2022) |

A TRUE COPY I CERTIFY

Tammy H. Downs, Clerk

By: B. Dunlap D.C. on **Sep 11, 2023**

For the United States District Court
Eastern District of Arkansas